# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 15CV4462

Date Filed: 6/10/15

Plaintiff:
**MORRIS OKUN, INC.**

vs.

Defendant:
**SARA PROVISIONS, INC., ET AL.**

For:
Gregory Brown
McCarron & Diess
707 Walt Whitman Road
2nd Fl
Melville, NY  11747

Received by Direct Process Server LLC on the 10th day of June, 2015 at 2:17 pm to be served on **MOHAMED MANSOUR ABBAS, 19 N. COLUMBIA STREET, SARA PROVISIONS, INC., PORT JEFFERSON, NY 11777**.

I, John Freer, do hereby affirm that on the **15th day of June, 2015** at **11:35 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** with **ANN KENNAN as SECRETARY** at **19 N. COLUMBIA STREET, SARA PROVISIONS, INC., PORT JEFFERSON, NY 11777**, the said premises being the respondent's place of **Work** within the State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CORPORATE DISCLOSURE STATEMENT AND CIVIL COVER SHEET** in a postpaid envelope addressed to: **19 N. COLUMBIA STREET, SARA PROVISIONS, INC., PORT JEFFERSON, NY 11777** and bearing the words "Personal & Confidential" by First Class Mail on **6/15/2015** and placed in an official depository of the U.S.P.S. in **New York State**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: WHITE,  Height: 5'-8",  Weight: 150,  Hair: BLONDE,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare I have read the foregoing document and the facts stated are true.

John Freer
1395244

**Direct Process Server LLC**
373 Smithtown Bypass
Suite 212
Hauppauge, NY 11788
(631) 406-6989
Our Job Serial Number: DPR-2015002841

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

